UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

NATHANIEL JACKSON,

    Plaintiffs,

v.

BAE SYSTEMS SAN FRANCISCO SHIP REPARI and DOES 1-50, inclusive,

    Defendant.

Case No. 09-1627-SBA

**ORDER**

IT IS HEREBY ORDERED THAT, the pursuant to the parties' stipulation, the Initial Case Management Conference currently scheduled for September 2, 2009, at 3:45 p.m. is CONTINUED to **October 7, 2009, at 3:30 p.m.**.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

Dated: 7/17/09

                                      _____
                                      Saundra Brown Armstrong
                                      United States District Judge