**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JACKSON,                                  No. C 09-01627 SBA
12              Plaintiff,                      **ORDER OF DISMISSAL**
13      v.
14    BAE SYSTEMS SAN FRANCISCO SHIP
     REPAIR, INC.,
15
16              Defendant.
     _____/
17
18          The parties hereto, by their counsel, having advised the Court that they have reached an

     agreed-upon settlement to the dismissal of this cause,
19
20          IT IS HEREBY ORDERED that this cause be dismissed.
21
     Dated: 11/30/09                            _____
22                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
23
24
25
26
27
28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28